ORIGINAL

1  hensoninfo

2  LEONARDO M. RAPADAS
   United States Attorney
3  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave
5  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 13 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00047 |
| Plaintiff, | **INFORMATION** |
| vs. | **DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC) (Count I)** [16 GCA §18102(b) and 18 U.S.C. §§ 7(3) and 13] |
| LISA HENSON, | **DRIVING UNDER THE INFLUENCE OF ALCOHOL (Count II)** [16 GCA §18102(a) and 18 U.S.C. §§ 7(3) and 13] |
| Defendant. | **STORAGE OF OPENED CONTAINER (Count III)** [16 GCA §18122 and 18 U.S.C. §§ 7(3) and 13] |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**

On or about 17 August 2006, in the District of Guam, the defendant, **LISA HENSON**, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did operate or was in physical control of a motor vehicle while she had 0.08% or more, by weight, of alcohol in her blood, in violation of 16 Guam Code Annotated, Section 18102(b)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL

On or about 17 August 2006, in the District of Guam, the defendant, **LISA HENSON**, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did operate or was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT III - STORAGE OF OPENED CONTAINER

On or about 17 August 2006, in the District of Guam, the defendant, **LISA HENSON**, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, being the registered owner of the vehicle, did keep in her motor vehicle, while the vehicle was upon a highway, a can containing an alcoholic beverage which had been opened, in violation of 16 Guam Code Annotated, Section 18122 (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

DATED this 12th day of October, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
RYAN M. ANDERSON
Special Assistant U.S. Attorney