# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City ____Hagåtña____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00047**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes _____ No _X_**    **Matter to be sealed: _____ Yes _x_ No**

Defendant Name ____LISA HENSON____

Alias Name _____

Address _____

____Santa Rita, Guam____

Birthdate __Xx/xx/1975__ SS# __xxx-xx-6679__ Sex __F__ Race __C__ Nationality __Caucasion__

**U.S. Attorney Information:**

AUSA ____Ryan Anderson____

Interpreter: __X__ No ___ Yes    List language and/or dialect: _____

**RECEIVED OCT 13 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__    ___ Petty __X__ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 7(3) & 13 | Driving Under the Influence of Alcohol (BAC) | 1 |
| Set 2 | 18 USC 7(3) & 13 | Driving Under the Influence of Alcohol | 2 |
| Set 3 | 18 USC 7(3) & 13 | Storage of Opened Contrainer | 3 |
| Set 4 | | | |

(May be continued on reverse)

Date: __13 OCT 06__    Signature of AUSA: _____