ORIGINAL

1  lisahensonsumm

2  LEONARDO M. RAPADAS
United States Attorney
3  RYAN M. ANDERSON
Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
TEL: (671) 472-7332
6  FAX: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
OCT 13 2006
MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE TERRITORY OF GUAM

10  UNITED STATES OF AMERICA,          ) CRIMINAL CASE NO. 06-00047
                                       )
11         Plaintiff,                  )
                                       ) **UNITED STATES' REQUEST**
12     vs.                             ) **FOR ISSUANCE OF SUMMONS**
                                       )
13  LISA HENSON,                       )
                                       )
14         Defendant.                  )
                                       )

15

16     Comes now the United States of America and requests this Honorable Court issue a

17  summons for defendant, LISA HENSON, based on an Information filed charging the defendant

18  with Driving Under the Influence of Alcohol (BAC), in violation to Title 18, United States Code,

19  Sections 7(3) and 13, 16 GCA § 18102(b), Driving Under the Influence of Alcohol, in violation

20  of Title 18, United States Code, Sections 7(3) and 13, 16 GCA § 18102(a) and Storage of

21  Opened Container, in violation of Title 18, United States Code, Sections 7(3) and 13, 16 GCA §

22  18122.

23     Respectfully submitted this 12th day of October 2006.

24                          LEONARDO M. RAPADAS
                            United States Attorney
25                          Districts of Guam and NMI

26

27           By:  /s/ Ryan M. Anderson
                 RYAN M. ANDERSON
28               Special Assistant U.S. Attorney