LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LISA HENSON,<br><br>    Defendant. | CRIMINAL CASE NO. 06-00047<br><br>**O R D E R**<br>**re United States' Request**<br>**For Issuance of Summons** |

IT IS SO ORDERED that a summons be issued for the above-named defendant.

October 17, 2006
DATE

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

ORIGINAL