ORIGINAL

1   lisahensondismiss

2   LEONARDO M. RAPADAS
    United States Attorney
3   RYAN M. ANDERSON
    Special Assistant U.S. Attorney
4   Suite 500, Sirena Plaza
    108 Hernan Cortez Ave.
5   Hagåtña, Guam 96910
    PHONE: 472-7332
6   FAX: 472-7334

7   Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

DEC - 1 2006 nba

**MARY L.M. MORAN**
**CLERK OF COURT**

8

9                   IN THE UNITED STATES DISTRICT COURT

10                      FOR THE TERRITORY OF GUAM

11

12

13  UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO. 06-00047
                                     )
14              Plaintiff,           )
                                     ) **MOTION TO DISMISS**
15      vs.                          ) **INFORMATION**
                                     )
16  LISA HENSON,                     )
                                     )
17              Defendant.           )
    _____)

18

19

20      COMES NOW the plaintiff, United States of America, by and through its undersigned

    attorney, and moves that the Information in the above cause against defendant, LISA HENSON,
21
    be dismissed, for the reason that the defendant has been charged through an Information in
22
    Magistrate Case No. 06-00028.
23
        Respectfully submitted this 30th day of December 2006.
24

25                                      LEONARDO M. RAPADAS
                                        United States Attorney
26                                      Districts of Guam and NMI

27                              By:     _____
                                        RYAN M. ANDERSON
28                                      Special Assistant U.S. Attorney

        Case 1:06-cr-00047    Document 10    Filed 12/01/2006    Page 1 of 1