LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC -5 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00047 |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS INFORMATION** |
| LISA HENSON, | |
| Defendant. | |

The United States' Motion to Dismiss the Information as to defendant, LISA HENSON, is hereby granted.

SO ORDERED this 5th day of December 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

**ORIGINAL**